No. 11–10262. BEESON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10264. KETRON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10266. SYKES *v.* WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10267. STEVENS *v.* MARTEL, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10268. RUSSO *v.* ATCHISON. Sup. Ct. Ill. Certiorari denied.

No. 11–10270. RUPPERT *v.* ARAGON. C. A. 10th Cir. Certiorari denied.

No. 11–10271. KIDD *v.* NORMAN, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–10273. BONGIOVANNI, ON BEHALF OF BONGIOVANNI *v.* GRUBIN, TRUSTEE. C. A. 2d Cir. Certiorari denied.

No. 11–10275. MCKNIGHT *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 11–10276. MACK *v.* CURRAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–10277. JACOBS *v.* LOUISIANA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 11–10278. PERRY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–10281. SCALES *v.* SANDOVAL, GOVERNOR OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10282. SMITH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–10283. DOMINGUEZ-GONZALEZ *v.* CLINTON, SECRETARY OF STATE. C. A. 5th Cir. Certiorari denied.